PLAINTIFF'S EXHIBIT 2

| EXHIBIT 2 - SUBDIVISION OF TOTAL SETTLEMENT AMOUNT | | | | |
|---|---|---|---|---|
|  | Notice | Shaved Hrs | Total | $ 1.70 |
| Amber Carney | $ 3,771.83 | $ 493.23 | $ 4,265.06 | $ 7,250.60 |
| Gavin Arthur | $ 1,208.73 |  | $ 1,208.73 | $ 2,054.84 |
| Katherine Banks | $ 3,614.71 |  | $ 3,614.71 | $ 6,145.01 |
| Zach Brook | $ 370.39 | $ 134.76 | $ 505.15 | $ 858.76 |
| Kelsie Riffey | $ 202.13 |  | $ 202.13 | $ 343.62 |
| Courtney Swisher | $ 5,187.19 | $ 799.16 | $ 5,986.35 | $ 10,176.80 |
| Total | $ 14,354.98 | $ 1,427.15 | $ 15,782.13 | $ 26,829.62 |