

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752 | Fax: 301-251-3753

Account Statement

Prepared for Amber Carney

Re: Sunset Grille FLSA Litigation

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $49,232.75 |
| New Balance | $49,232.75 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $49,232.75 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752  |  Fax: 301-251-3753

## PRE-BILL

Amber Carney
1026 Leeward Place
Unit B-1
Melbourne, FLA 32935
United States of America

Invoice Date: May 10, 2019
Invoice Number: Pre-bill
Invoice Amount: $49,232.75

## Matter: Sunset Grille FLSA Litigation

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 12/7/2017 | Tele conf. with A. Carney re potential claims. (1.6 hrs). | H.B.H. | 1.60 | $640.00 |
| 12/11/2017 | Tele conf. with AC re status of matter. | H.B.H. | .30 | $120.00 |
| 1/16/2018 | Draft opt-in notice. | H.B.H. | .10 | $40.00 |
| 3/26/2018 | Tele conf. with client re facts of claim and review of Complaint. | H.B.H. | 1.10 | $440.00 |
| 3/26/2018 | Review file materials. Draft Collective Action Complaint. Review and revise. Draft proposed Summons and civil cover sheet. Open case via ECF. | H.B.H. | 7.10 | $2,840.00 |
| 3/27/2018 | Review issuance of Summons. | H.B.H. | .10 | $40.00 |
| 4/30/2018 | Tele conf. with client re status of matter. (.3 hrs). Draft memo to Beach Process Service; prepare materials and transmit to Beach Process via Priority Mail. (.3 hrs). | H.B.H. | .60 | $240.00 |
| 5/21/2018 | Tele conf. with opposing counsel re extension of response date and service of process. (.1 hrs). Review file materials re Proof of Service. File same via ECF. (.2 hrs). | H.B.H. | .30 | $120.00 |
| 5/21/2018 | Briefly review proposed Motion for Extension of Time. | H.B.H. | .10 | $40.00 |
| 5/22/2018 | Review Notices of Appearances and Motion for Extension of Time. | H.B.H. | .10 | $40.00 |
| 5/22/2018 | Review proposed Motion to Extend; review and respond to J Tong's email attaching draft Motion to Extend. | H.B.H. | .20 | $80.00 |
| 5/27/2018 | Review and respond to comm. from client re status | H.B.H. | .20 | $80.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | of matter. | | | |
| 6/10/2018 | Tele conf. with A. Carney re status of matter. | H.B.H. | .50 | $200.00 |
| 6/28/2018 | Draft notice of appearance | J.L. | .10 | $20.50 |
| 6/28/2018 | Editing entry of appearance | J.L. | .10 | $20.50 |
| 6/28/2018 | Finalizing and filing notice of appearance | J.L. | .20 | $41.00 |
| 6/29/2018 | Reviewed prior Sunset case materials and drafted motion for conditional certification | J.L. | 5.70 | $1,168.50 |
| 7/6/2018 | Discuss w/ HBH re case status and strat | J.L. | .10 | $20.50 |
| 7/12/2018 | Review and input sched. ord. into calendar | J.L. | .20 | $41.00 |
| 7/12/2018 | Review email corres. between HBH and opp con. re FLSA coverage issue | J.L. | .10 | $20.50 |
| 7/12/2018 | Comm. with opposing counsel re status of scheduling order. Review Answer and draft Joint Stipulation re Enterprise Coverage; forward to opposing counsel. | H.B.H. | 1.30 | $520.00 |
| 7/12/2018 | Briefly review scheduling order. | H.B.H. | .20 | $80.00 |
| 7/12/2018 | Begin revising Motion for Cond Cert. | H.B.H. | .50 | $200.00 |
| 7/13/2018 | Review and respond to comm. from J. Tong re stipulation. | H.B.H. | .10 | $40.00 |
| 7/16/2018 | Draft Request for Admissions; review and revise. Transmit. | H.B.H. | .90 | $360.00 |
| 7/16/2018 | Tele conf. with client re status of matter and facts in support of Cond Cert. (.7 hrs). Draft Declaration. Review and revise. Draft comm. to client attaching same. (.8 hrs) | H.B.H. | 1.50 | $600.00 |
| 7/16/2018 | Review comm. from J. Tong re enterprise coverage issue; draft response. | H.B.H. | .10 | $40.00 |
| 7/16/2018 | Review comm. from D. English re enterprise coverage. | H.B.H. | .10 | $40.00 |
| 7/18/2018 | Phone confer with op con re scheduling order, class notice, class definition, prelim disc. | J.L. | .30 | $61.50 |
| 7/18/2018 | Confer w/ HBH re next steps, division of labor re class notice and class def to op con. | J.L. | .20 | $41.00 |
| 7/18/2018 | Edit and draft email to op con re class definition, class notice. | J.L. | .20 | $41.00 |
| 7/18/2018 | Draft definition for class | J.L. | .40 | $82.00 |
| 7/18/2018 | Edit email to op con re cond. cert. not. and class def. w/ HBH | J.L. | .20 | $41.00 |
| 7/18/2018 | Review class notice, finalize email to op con re consented cond. cert. and class def. | J.L. | .40 | $82.00 |
| 7/18/2018 | Tele conf. with D. English and J. Tong re scheduling and conditional certification. (.3 hrs). Draft class notice. (.2 hrs). Multi confer with J. Liew re proposals to consent motion. (.5 hrs). | H.B.H. | 1.30 | $520.00 |
| 7/18/2018 | Tele conf. with client re status of matter and Declaration revisions. (.3 hrs). Revise Declaration and forward via docusign. | H.B.H. | .40 | $160.00 |
| 7/20/2018 | Review response to D. English re Cond Cert; draft response thereto. Review reply. | H.B.H. | .20 | $80.00 |
| 7/26/2018 | Phone convo. w/ HBH re mot. to extend and cond. cert. strat. | J.L. | .30 | $61.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 7/26/2018 | Draft and file consent mot. to extend due to HBH emergency | J.L. | 1.10 | $225.50 |
| 8/1/2018 | Review and draft lengthy response to outstanding issues re conditional cert. | H.B.H. | .80 | $320.00 |
| 8/2/2018 | Draft joint initial report | J.L. | 1.80 | $369.00 |
| 8/2/2018 | Edit and file joint initial report | J.L. | .30 | $61.50 |
| 8/2/2018 | Review and respond to comm. from J. Tong re status report. | H.B.H. | .10 | $40.00 |
| 8/2/2018 | Review proposed joint status report prepared by J Liew; propose revisions to same. Review revisions by Defendants. | H.B.H. | .20 | $80.00 |
| 8/2/2018 | Review filed status report. | H.B.H. | .10 | $40.00 |
| 8/2/2018 | Review Notice of Appearance Charles Kresslein. | H.B.H. | .10 | $40.00 |
| 8/7/2018 | Review case status w/ HBH and GH | J.L. | .10 | $20.50 |
| 8/7/2018 | Draft mot. for cond. cert | J.L. | 2.60 | $533.00 |
| 8/7/2018 | Conference on case | G.H. | .10 | $20.50 |
| 8/7/2018 | Review Opposition to Motion for Leave to File 1st Amended Complaint; confer with J. Liew and J, Rubin re same. Review legal research. | H.B.H. | .70 | $280.00 |
| 8/8/2018 | Draft unopposed mot. cond. cert. and edit opt-in notice | J.L. | 6.20 | $1,271.00 |
| 8/8/2018 | Confer with associates and J. Rubin re discovery issues; confer re deposition dates, draft comm to Pham. Discuss strategies and division of labor re depositions. | H.B.H. | .80 | $320.00 |
| 8/8/2018 | Review and revise draft subpoena to accountants. Confer with associates re same, | H.B.H. | .50 | $200.00 |
| 8/9/2018 | Review response to Request for Admissions; draft reply. | H.B.H. | .10 | $40.00 |
| 8/14/2018 | Draft proposed order for unopposed mot. for cond. cert. | J.L. | .30 | $61.50 |
| 8/14/2018 | Edit notice for unopposed mot. for cond. cert. | J.L. | .10 | $20.50 |
| 8/15/2018 | Review edits to unopposed motion for cond. cert, draft prop order. | J.L. | 1.00 | $205.00 |
| 8/15/2018 | Update proposed order for unopposed mot. for cond. cert. | J.L. | .10 | $20.50 |
| 8/15/2018 | Review edits to prop order for unop. mot for cond. cert. | J.L. | .20 | $41.00 |
| 8/16/2018 | Review comm. from counsel re status of matter (proposed edits to unopposed motion). | H.B.H. | .10 | $40.00 |
| 8/17/2018 | Prepare unopposed mot. for cond. cert. for filing, file motion. | J.L. | .80 | $164.00 |
| 8/17/2018 | Draft comm. to opposing counsel re Motion for Cond Cert. (.1 hr) Review response from CK re edits. (.1 hrs). Review proposed filing and multi conf with J. Liew re filing of same. (.3 hrs). | H.B.H. | .50 | $200.00 |
| 8/24/2018 | Review Order of Court granting conditional certification. | H.B.H. | .10 | $40.00 |
| 8/30/2018 | Discuss case status with HBH and GH. | J.L. | .10 | $20.50 |
| 8/30/2018 | conf with HBH and JL regarding status and assignments | G.H. | .10 | $20.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 8/31/2018 | review email to opposing counsel regarding class notice | G.H. | .10 | $20.50 |
| 8/31/2018 | Review comm. from opposing counsel with class list; draft comm. to Kris Foster (Judicial Assistant) re Class Action Notice. | H.B.H. | .30 | $120.00 |
| 9/4/2018 | Creating mailing labels. | J.L. | 1.40 | $287.00 |
| 9/5/2018 | Create mailing labels for opt-in notices. | J.L. | 4.80 | $984.00 |
| 9/5/2018 | Review Class Notice, signed by Court. | H.B.H. | .10 | $40.00 |
| 9/7/2018 | Review and print address labels for opt-in and class notice mailings | J.L. | 3.00 | $615.00 |
| 9/7/2018 | Prepare class and opt-in notices and envelope for mailing. | J.L. | 4.30 | $881.50 |
| 9/7/2018 | prepare opt-in notice mailing for potential opt-in plaintiffs | G.H. | 1.40 | $287.00 |
| 9/7/2018 | Obtain postage. (.5 hrs, Gratis). Prepare class notice; multi comm. with J. Liew and G. Herbers re class mailing. Assist with preparation of documents re class mailing. | H.B.H. | 3.90 | $1,560.00 |
| 9/10/2018 | Preparing and stuffing class and opt-in notices. | J.L. | .40 | $82.00 |
| 9/10/2018 | Prepare mailing of class notification and opt-in notice | G.H. | .80 | $164.00 |
| 9/10/2018 | Prepare and stuff class and opt-in notices into envelopes for mailing. | J.L. | .50 | $102.50 |
| 9/10/2018 | Print, organize, and stuff Class notification and opt in notices for proposed class. | G.H. | .50 | $102.50 |
| 9/10/2018 | Preparing and stuffing class and opt in notices for mailing. | J.L. | .90 | $184.50 |
| 9/10/2018 | print, organize, and stuff class notices and opt in notices for potential opt in plaintiffs | G.H. | .90 | $184.50 |
| 9/10/2018 | Confer. w/ HBH and GH re case status and assignment of duties. | J.L. | .10 | $20.50 |
| 9/10/2018 | conf with HBH and JL regarding case status and assignments | G.H. | .10 | $20.50 |
| 9/12/2018 | Draft email to op con re. mailer status and address questions. | J.L. | .20 | $41.00 |
| 9/12/2018 | Review email from JL regarding mismatched addresses for class notification. | G.H. | .10 | $20.50 |
| 9/12/2018 | Confer with J. Liew re correspondence to Defendants. | H.B.H. | .10 | $40.00 |
| 9/13/2018 | Tele conf. with A. Carney re status of matter. | H.B.H. | .50 | $200.00 |
| 9/13/2018 | Phone call w/ opt-in Pl. introduction and contact info check. | J.L. | .10 | $20.50 |
| 9/13/2018 | Prepare, redact Pl. opt-in notice for filing. File notice. Create file. | J.L. | .50 | $102.50 |
| 9/13/2018 | Review opt-in consent notice; confer with J. Liew re same. Review filing of same. | H.B.H. | .10 | $40.00 |
| 9/18/2018 | Call opt-in Pl., file opt-in, create file. | J.L. | .50 | $102.50 |
| 9/18/2018 | Review opt-in notice filing. | H.B.H. | .10 | $40.00 |
| 9/25/2018 | Phone call to opt-in Pl. | J.L. | .10 | $20.50 |
| 9/26/2018 | Catalog returned opt-in notices. | G.H. | .80 | $164.00 |
| 9/26/2018 | Draft email to op con following up on email re | J.L. | .10 | $20.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 9/26/2018 | Draft email to opposing counsel regarding cell numbers of undeliverable opt in notices. (mistaken addresses for pot. opt-ins.) | G.H. | .10 | $20.50 |
| 9/26/2018 | Review email with opposing counsel regarding class members' contact information. | G.H. | .10 | $20.50 |
| 9/26/2018 | Confer with G. Herbers re undeliverable class notices. | H.B.H. | .20 | $80.00 |
| 9/27/2018 | Phone call w/ opt-in Pl. | J.L. | .10 | $20.50 |
| 9/27/2018 | Prepare and file opt-in notice for Pl. | J.L. | .20 | $41.00 |
| 9/27/2018 | Update contact list, create personnel file, email Pl. filed opt-in notice. | J.L. | .10 | $20.50 |
| 9/27/2018 | Review opt-in filing re Gavin Arthur and review comm. from J. Liew to Gavin Arthur re same. | H.B.H. | .10 | $40.00 |
| 9/28/2018 | Review comm re J Tong re payroll for Z. Brooks. | H.B.H. | .10 | $40.00 |
| 10/1/2018 | Review email from opposing counsel regarding undeliverable mail. | G.H. | .10 | $20.50 |
| 10/1/2018 | Review phone listing re undeliverable mailings. | H.B.H. | .10 | $40.00 |
| 10/4/2018 | Review email from JSL regarding potential opt-in addresses. | G.H. | .10 | $20.50 |
| 10/4/2018 | Review and reply to email from op con. re updated addresses for pot. opt-ins. | J.L. | .10 | $20.50 |
| 10/4/2018 | Review email exchange with opposing counsel regarding addresses for potential opt-ins. | G.H. | .10 | $20.50 |
| 10/4/2018 | Conf. with HBH and JSL regarding case status and conversations with opposing counsel. | G.H. | .10 | $20.50 |
| 10/4/2018 | Confer w/ HBH and GBH re case status and op con. details. | J.L. | .10 | $20.50 |
| 10/4/2018 | Review comm. b/w counsel re updated addresses. | H.B.H. | .10 | $40.00 |
| 10/8/2018 | Prepare, print, and stuff additional set of opt-in mailers. | J.L. | .60 | $123.00 |
| 10/8/2018 | Prepare additional opt-in mailers. | J.L. | .30 | $61.50 |
| 10/10/2018 | Phone call w/ pot. opt-in w/ questions. | J.L. | .20 | $41.00 |
| 10/10/2018 | Conf. with HBH regarding text notice to potential opt-in plaintiffs. | G.H. | .10 | $20.50 |
| 10/10/2018 | Draft text notice for potential opt-in plaintiff.s | G.H. | .30 | $61.50 |
| 10/10/2018 | View and discuss text message options for opt-in notice via text message. | J.L. | .20 | $41.00 |
| 10/11/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .10 | $20.50 |
| 10/11/2018 | Discuss case status w/ HBH and GBH. | J.L. | .10 | $20.50 |
| 10/24/2018 | Compile undelivered opt-in notices and draft email to opposing counsel requesting cell phone records. | G.H. | .40 | $82.00 |
| 10/24/2018 | Discuss case status w/ HBH and GBH. | J.L. | .10 | $20.50 |
| 10/24/2018 | Conf with HBH and JSL regarding case status and future assignments. | G.H. | .10 | $20.50 |
| 10/26/2018 | Draft email to opposing counsel regarding undeliverable opt-in mailings. | G.H. | .10 | $20.50 |
| 10/29/2018 | Review email from opposing counsel regarding cell numbers for undeliverable potential opt-in clients. | G.H. | .10 | $20.50 |
| 11/8/2018 | Review email from HBH to op con re end of opt-in period. | J.L. | .10 | $20.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 11/8/2018 | Draft comm to opposing counsel re status of matter, including late opt-in. | H.B.H. | .10 | $40.00 |
| 11/9/2018 | Review email from HBH to opposing counsel regarding end of opt-in period and scheduling. | G.H. | .10 | $20.50 |
| 11/9/2018 | Review email from op con re consent to late opt-in and scheduling a call. | J.L. | .10 | $20.50 |
| 11/9/2018 | Review comm. from D. English re late opt-in. | H.B.H. | .10 | $40.00 |
| 11/13/2018 | Draft mot. to late file Riffey opt-in, scan and redact Riffey opt-in for filing, create Riffey file. | J.L. | 1.10 | $225.50 |
| 11/14/2018 | Update client list. | J.L. | .10 | $20.50 |
| 11/14/2018 | Review Order granting leave to file late filed opt-in. | H.B.H. | .10 | $40.00 |
| 11/15/2018 | Review email from opposing counsel regarding scheduling a phone call to discuss scheduling. | G.H. | .10 | $20.50 |
| 11/15/2018 | Draft comm to D. English re status of matter. | H.B.H. | .10 | $40.00 |
| 11/16/2018 | Review email exchange between HBH and opposing counsel regarding scheduling phone call to discuss how to proceed with the case. | G.H. | .10 | $20.50 |
| 11/16/2018 | Review and respond to comm from D. English. | H.B.H. | .10 | $40.00 |
| 11/19/2018 | Review email from opposing counsel regarding scheduling a call to determine discovery schedule. | G.H. | .10 | $20.50 |
| 11/19/2018 | Review email corresp. w/ op con re how to proceed forward in case. | J.L. | .10 | $20.50 |
| 11/19/2018 | Review email from opposing counsel regarding phone call and fees. | G.H. | .10 | $20.50 |
| 11/20/2018 | Sort and organize prebill spreadsheet. | J.L. | .30 | $61.50 |
| 11/20/2018 | Draft lodestar letter. | J.L. | .20 | $41.00 |
| 11/20/2018 | Phone call w/ pot. opt-in. | J.L. | .20 | $41.00 |
| 11/20/2018 | Sort revised prebill spreadsheet, update lodestar letter. | J.L. | .20 | $41.00 |
| 11/20/2018 | Review def prod. disc., identify missing files, draft email to op con re. missing files. | J.L. | .30 | $61.50 |
| 11/20/2018 | Review email from JSL to opposing counsel regarding missing documents for opt-ins | G.H. | .10 | $20.50 |
| 11/23/2018 | Review comm from C. Kresslein to J. Liew attaching docs. | H.B.H. | .10 | $40.00 |
| 11/26/2018 | Review disc. prod. from def, review and respond to email from op con re. missing files. | J.L. | .50 | $102.50 |
| 11/26/2018 | Update client contact list. | J.L. | .10 | $20.50 |
| 11/26/2018 | Draft email to Pls. to sched. phone interview re hours. | J.L. | .30 | $61.50 |
| 11/26/2018 | Review and reply to email from Pl. Banks re phone interview. | J.L. | .10 | $20.50 |
| 11/26/2018 | Scan opt-in for Swisher, email op con for consent to late file, create Pl. file. | J.L. | .30 | $61.50 |
| 11/26/2018 | Perform damage calcs for Pl. Banks based on wage and hour docs from Def. | J.L. | 2.70 | $553.50 |
| 11/26/2018 | Review email from JSL to clients regarding scheduling interviews for demand letter. | G.H. | .10 | $20.50 |
| 11/26/2018 | Review email from JSL to opposing counsel regarding missing documents from production. | G.H. | .10 | $20.50 |
| 11/27/2018 | Review email from opposing counsel regarding | G.H. | .10 | $20.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | production of wage and hour documents. | | | |
| 11/27/2018 | Update questionnaire for case. | J.L. | .30 | $61.50 |
| 11/27/2018 | Phone interview w/ Pl. Banks re wage and hour docs and details of employment. | J.L. | .90 | $184.50 |
| 11/27/2018 | Review of disc. prod. w/ HBH and discussion of what is needed. | J.L. | .30 | $61.50 |
| 11/27/2018 | Draft email to op con re disc. production needs for additional docs. | J.L. | .20 | $41.00 |
| 11/27/2018 | Calculate damages for Pls. | J.L. | 3.10 | $635.50 |
| 11/28/2018 | Review email from opposing counsel regarding late opt-in plaintiff. | G.H. | .10 | $20.50 |
| 11/29/2018 | Review of disc prod., damage calcs for Pls. Banks and Carney | J.L. | 8.10 | $1,660.50 |
| 11/30/2018 | Review disc. prod, damage calcs. | J.L. | 1.10 | $225.50 |
| 12/3/2018 | Damage calcs for Pls. | J.L. | 3.10 | $635.50 |
| 12/6/2018 | Draft email to op con re consent on late opt-in, review answer. | J.L. | .10 | $20.50 |
| 12/6/2018 | Review email exchange between JSL and opposing counsel regarding late opt-in. | G.H. | .10 | $20.50 |
| 12/6/2018 | Review comms between J. Liew and C. Kresslein. | H.B.H. | .20 | $80.00 |
| 12/7/2018 | Phone calls/draft emails to Pls. to schedule phone interviews, | J.L. | .30 | $61.50 |
| 12/7/2018 | Review email from JSL to client A. Carney regarding scheduling interview. | G.H. | .10 | $20.50 |
| 12/7/2018 | Phone call w/ Pl. Arthur re employment details. | J.L. | .60 | $123.00 |
| 12/10/2018 | Phone call w/ Gavin Arthur re case details and damage calcs. | J.L. | .10 | $20.50 |
| 12/10/2018 | Review paper damage calcs from Pl. Carney. | J.L. | .10 | $20.50 |
| 12/11/2018 | Attempt to call Pl. Carney and Arthur. | J.L. | .10 | $20.50 |
| 12/11/2018 | Review Pl. Carney's own time hour estimates and compare to time clock audit hours. | J.L. | .20 | $41.00 |
| 12/11/2018 | Attempt to call Pls. to schedule phone interviews. | J.L. | .10 | $20.50 |
| 12/11/2018 | Attempt to call, draft email to pot. Pl. Swisher. | J.L. | .10 | $20.50 |
| 12/11/2018 | Create summary tables for damage calcs, draft email to HBH with damage calcs. | J.L. | .20 | $41.00 |
| 12/11/2018 | Phone call w/ Pl. Carney re details of employment, review of wage docs. | J.L. | 1.40 | $287.00 |
| 12/12/2018 | Review email exchange between HBH and opposing counsel regarding scheduling a teleconference to discuss necessary production. | G.H. | .10 | $20.50 |
| 12/12/2018 | Brief phone confer w/ HBH and op con re disc. needs. | J.L. | .10 | $20.50 |
| 12/12/2018 | Phone call w/ Pl. Arthur re wage record details. | J.L. | .30 | $61.50 |
| 12/14/2018 | Review disc prod. of pay records. | J.L. | 1.90 | $389.50 |
| 12/17/2018 | Draft email to pot. Pl. re damage calcs for demand on Def's request. | J.L. | .20 | $41.00 |
| 12/17/2018 | Phone convo w/ Pl Carney re update on getting bank records. | J.L. | .10 | $20.50 |
| 12/20/2018 | Review pay spreadsheets, update damage calcs for Pl. Carney, enter hour records for pot. Pl. Swisher. | J.L. | 6.40 | $1,312.00 |
| 12/21/2018 | Phone interview w/ pot. opt-in Swisher re employ. | J.L. | .50 | $102.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | details. | | | |
| 12/21/2018 | Draft email to pot. opt in Swisher w/ hour wage docs. | J.L. | .10 | $20.50 |
| 12/24/2018 | Damage calcs, identify missing disc. production docs. | J.L. | 5.00 | $1,025.00 |
| 12/27/2018 | Update and conduct damage calculations with pay records. | J.L. | 5.40 | No Charge |
| 12/28/2018 | Damage calcs, integration of pay records into calcs, finalize and format spreadsheet. | J.L. | 3.50 | $717.50 |
| 12/28/2018 | Draft email to Pl. Riffey re phone interview scheduling. | J.L. | .10 | $20.50 |
| 12/31/2018 | Draft email to Pl. Brook re wage and hour docs for phone interview. | J.L. | .10 | $20.50 |
| 1/2/2019 | Phone interview w/ Pl. Brook re employment details and review of time audit records. | J.L. | 1.00 | $205.00 |
| 1/2/2019 | Updating damage calcs with estimates from Pl. Brook, correct errors in calculations. | J.L. | .80 | $164.00 |
| 1/2/2019 | Draft demand letter to op con. | J.L. | 1.00 | $205.00 |
| 1/4/2019 | Phone call w/ Pl. Carney re annotated wage and hour docs emailed to us for review. | J.L. | .20 | $41.00 |
| 1/4/2019 | Briefly review comm from A. Carney. | H.B.H. | .10 | $40.00 |
| 1/7/2019 | Phone call w/ Pl. Riffey re scheduling phone interview and transmission of wage docs. | J.L. | .20 | $41.00 |
| 1/7/2019 | Integrating Pl. Carney's estimations into damage calcs. | J.L. | .30 | $61.50 |
| 1/8/2019 | Phone interview w/ Pl. Riffey re details of employment and review of wage docs. | J.L. | .60 | $123.00 |
| 1/8/2019 | Integrate estimated amounts for Pl. Carney into damage calcs. | J.L. | 6.00 | $1,230.00 |
| 1/9/2019 | Integrate estimates from Pl. Riffey into damage calcs, finalize damage calcs (1.2); edit and review demand letter (0.2). | J.L. | 1.40 | $287.00 |
| 1/10/2019 | Tele conf with C. Swisher re calculation issues. | H.B.H. | .10 | $40.00 |
| 1/10/2019 | Phone call w/ Pl. Riffey re question about time records. | J.L. | .10 | $20.50 |
| 1/15/2019 | Review Pl. Swisher's docs, update damage calc spreadsheet. | J.L. | 5.30 | $1,086.50 |
| 1/18/2019 | Update damage calcs with estimates from Pl. Swisher (4.2); Edit and update demand ltr. to op con (0.2). | J.L. | 4.40 | $902.00 |
| 1/23/2019 | Calculate and draft prop. sched. order. | J.L. | .40 | $82.00 |
| 1/24/2019 | Edit and update damage calcs (0.8); update demand ltr. accordingly (0.1). | J.L. | .90 | $184.50 |
| 1/24/2019 | Sort and prepare pre-bill. | J.L. | .10 | $20.50 |
| 1/31/2019 | Review joint status report by Defs. | J.L. | .10 | $20.50 |
| 1/31/2019 | Draft comm to opposing counsel re status of settlement offer and requested status report. | H.B.H. | .10 | $40.00 |
| 2/1/2019 | Phone call w/ opposing counsel re questions about damage calculations. | J.L. | .30 | $61.50 |
| 2/1/2019 | Review Status Report; multi comm with counsel re same. | H.B.H. | .30 | $120.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 2/1/2019 | Review Order granting status report. | H.B.H. | .10 | $40.00 |
| 2/4/2019 | Review email from opposing counsel to HBH re. facts supporting time shaving claim. | J.L. | .10 | $20.50 |
| 2/15/2019 | Review and respond to comm. from opposing counsel. | H.B.H. | .10 | $40.00 |
| 2/21/2019 | Phone conference w/ Opposing Counsel and HBH re. counter-demand and issues with calculations. | J.L. | .30 | $61.50 |
| 2/21/2019 | Tele conf with opposing counsel re settlement (.3 hrs); review lengthy comm from opposing counsel re same. (.1 hrs) | H.B.H. | .40 | $160.00 |
| 2/21/2019 | Draft comm to J. Liew re instructions re calculations. | H.B.H. | .10 | $40.00 |
| 2/22/2019 | Review detailed counter-offer email from opposing counsel, review provided documents and check against our calculations. | J.L. | .30 | $61.50 |
| 2/25/2019 | Modify equations spreadsheet for further calculations for settlement purposes (0.7); draft email to Pl. Riffey re. confirmation of non-payment (0.2); draft email to Pl. Arthur re. settlement offer (0.2); draft mass text to Pls. to call office re. settlement offer (0.2); phone call w/ Pl. Brook re. settlement offer (0.2); phone call w/ Pl. Banks re. settlement offer (0.2). | J.L. | 1.70 | $348.50 |
| 2/25/2019 | Phone call w/ Pl. Carney re. settlement offer. | J.L. | .40 | $82.00 |
| 2/26/2019 | Phone call w/ Pl. Swisher re. settlement counter-offer. | J.L. | .10 | $20.50 |
| 2/26/2019 | Calculate additional possible settlement values, draft settlement counter-offer letter. | J.L. | 1.80 | $369.00 |
| 2/26/2019 | Review counter-offer settlement letter to opposing counsel from HBH. | J.L. | .10 | $20.50 |
| 2/26/2019 | Draft letter to opposing counsel re settlement terms; review and revise. Draft comm to opposing counsel attaching same. | H.B.H. | 1.30 | $520.00 |
| 2/27/2019 | Reply to email from Pl. Banks re. various questions about lawsuit. | J.L. | .40 | $82.00 |
| 2/27/2019 | Review comm from J. Liew to K. Banks. Draft comm to K. Banks. | H.B.H. | .10 | $40.00 |
| 3/1/2019 | Phone confer w/ HBH and opposing counsel re. settlement issues. (.2 hrs). Confer with HBH following call re status of negotiation. (.1 hrs) | J.L. | .30 | $61.50 |
| 3/1/2019 | Draft comm to CK re status of matter, review response. (.1 hrs). Tele conf. with counsel re status of settlement and related negotiations. (.2 hrs). Confer with J. Liew re same. (.1 hrs). | H.B.H. | .40 | $160.00 |
| 3/1/2019 | Review comm from C. Kresslein re settlement terms. | H.B.H. | .10 | $40.00 |
| 3/4/2019 | Review draft joint status report from Defs. | J.L. | .10 | $20.50 |
| 3/7/2019 | Review comm from Chambers re status of matter. | H.B.H. | .10 | $40.00 |
| 3/11/2019 | Calculate new damage values, confer w/ HBH re. new numbers. | J.L. | .20 | $41.00 |
| 3/11/2019 | Confer and calculate new settlement numbers for | J.L. | .40 | $82.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 3/11/2019 | Draft email to Pl. Riffey re. urgent response required to settlement negotiations issues. Pls. | J.L. | .20 | $41.00 |
| 3/11/2019 | Review calculations, and draft settlement comm (offer) to counsel. (.2 hrs). Confer with opposing counsel re same. (.1 hrs). | H.B.H. | .30 | $120.00 |
| 3/12/2019 | Review email from Pl. Riffey, draft and send response. | J.L. | .20 | $41.00 |
| 3/12/2019 | Draft comm re counter-response re settlement to opposing counsel. | H.B.H. | .20 | $80.00 |
| 3/14/2019 | Draft comm to counsel; review response re settlement. | H.B.H. | .10 | $40.00 |
| 3/14/2019 | Review billing statement for discounts and reductions w/ HBH (0.3); adjust billing statement for discount rates (0.4). | J.L. | .70 | $143.50 |
| 3/14/2019 | Review settlement status and offer re fees; draft very lengthy response. | H.B.H. | .50 | $200.00 |
| 3/15/2019 | Review comm from opposing counsel re status of settlement negotiations. | H.B.H. | .10 | No Charge |
| 3/18/2019 | Draft email to opposing counsel re. status of their position on settlement offer. | J.L. | .10 | $20.50 |
| 3/20/2019 | Phone call w/ Pl. Carney re. status of case and settlement. | J.L. | .20 | $41.00 |
| 3/20/2019 | Draft settlement agreement. | J.L. | 4.30 | $881.50 |
| 3/20/2019 | Edit settlement agreement (0.4); Review and edit joint motion for approval of settlement agreement (0.7). | J.L. | 1.10 | $225.50 |
| 3/20/2019 | Draft joint motion for approval of settlement agreement. | J.L. | 3.20 | $656.00 |
| 4/1/2019 | Draft email to Pls. re status of settlement. | J.L. | .20 | $41.00 |
| 4/1/2019 | Review email from Pl. Banks. | J.L. | .10 | $20.50 |
| 4/4/2019 | Review joint motion for settlement approval and email to opposing counsel from HBH containing same. | J.L. | .10 | $20.50 |
| 4/4/2019 | Review and revise Joint Motion and proposed Order; draft comm to opposing counsel re same. | H.B.H. | .80 | $320.00 |
| 4/12/2019 | Brief review of opposing counsel's edit to settlement agreement and joint motion. | J.L. | .10 | $20.50 |
| 4/18/2019 | Email to opposing counsel re. payment method to Pl. Riffey, scheduling phone call do discuss edits to settlement agreement. | J.L. | .10 | $20.50 |
| 4/18/2019 | Confer w/ HBH re. Defendants' edits to settlement agreement and tax issues raised by attempting to tax clients for attorneys' fees and costs. | J.L. | .20 | $41.00 |
| 4/18/2019 | Confer with D. English re status of wire transfer issue. | H.B.H. | .10 | $40.00 |
| 4/19/2019 | Tele conf with CK re settlement agreement and tax issues. Confer with JL re same. | H.B.H. | .20 | $80.00 |
| 4/22/2019 | Review email from opposing counsel re. tax issues, review memo from opposing counsel, review IRS opinions. | J.L. | .30 | $61.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 4/22/2019 | Draft in-depth letter to opposing counsel re. tax issues. | J.L. | 4.20 | $861.00 |
| 4/22/2019 | Multi comm with opposing counsel re tax issue; review 2 pg memo from Jackson Lewis. | H.B.H. | 1.50 | $600.00 |
| 4/23/2019 | Review case and article re. tax issues applicable to tax issues raised by opposing counsel. | J.L. | .30 | $61.50 |
| 4/23/2019 | Review and edit letter to opposing counsel. re tax issues. | J.L. | .40 | $82.00 |
| 4/23/2019 | Legal research re issuance of 1099 to each opt-in for proportional amounts of atty fees; review and revise six page letter to Kresslein re tax issues. (5.3 hrs). Draft comm to Kresslein attaching same. | H.B.H. | 5.70 | $2,280.00 |
| 4/23/2019 | Draft comm to K. Foster re status of matter. | H.B.H. | .10 | $40.00 |
| 4/24/2019 | Review email communications from opposing counsel re. tax issue and other settlement agreement edits. | J.L. | .10 | $20.50 |
| 4/24/2019 | Conference w/ HBH and SEK on case status and assignment of duties. | J.L. | .10 | $20.50 |
| 4/25/2019 | Review emails re: Join Motion for Approval | S.K. | .20 | No Charge |
| 4/25/2019 | Review and accept/reject edits to settlement agreement and Joint Motion; draft comm to opposing counsel re same. | H.B.H. | .50 | $200.00 |
| 4/26/2019 | Review email communications between HBH and opposing counsel re. edits to settlement agreement and proposed order. | J.L. | .10 | $20.50 |
| 4/26/2019 | Phone call w/ HBH re. status of set. agreement. | J.L. | .10 | $20.50 |
| 4/26/2019 | Edit and finalize settlement agreement, proposed order and joint motion. | J.L. | 1.10 | $225.50 |
| 4/26/2019 | Review Joint Motion for Approval | S.K. | .10 | No Charge |
| 4/26/2019 | Confer with J. Liew re status of matter, signature of agreement by clients, and transmittal of clean copies to Defendants. Review comm from J. Liew to opposing counsel re same. | H.B.H. | .20 | $80.00 |
| 4/29/2019 | Review email from opposing counsel, make minor edits to settlement agreement. | J.L. | .10 | $20.50 |
| 5/2/2019 | Review email from HBH to opposing counsel re. final edits to settlement agreement. | J.L. | .10 | $20.50 |
| 5/2/2019 | Review settlement agreement; finalize same. Draft comm. to opposing counsel re same. | H.B.H. | .50 | $200.00 |
| 5/4/2019 | Draft comm to clients re settlement; transmit settlement agreements and tax docs to clients via email and docusign. | H.B.H. | .80 | $320.00 |
| 5/6/2019 | Call Pls. re. deficient tax forms and signing of settlement agreement, re-send tax forms via DocuSign for correction. | J.L. | .40 | $82.00 |
| 5/7/2019 | Prepare and collect signatures pages. Prepare and collect tax documents. Transmit same to opposing counsel. Tele conf with opposing counsel re same (and status of matter). | H.B.H. | .50 | $200.00 |
| 5/8/2019 | Review emails between HBH and opposing counsel re. logistics of transferring money to Pl. Riffey and | J.L. | .10 | $20.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | signing of set. agreement. | | | |
| 5/9/2019 | Review emails between HBH and opposing counsel re. exchange of tax documents and signatures for settlement agreement. | J.L. | .10 | $20.50 |
| 5/9/2019 | Draft email to Court re. status of settlement agreement. | J.L. | .10 | $20.50 |
| 5/9/2019 | Comm with ZB re tax documents. Comm with opposing counsel re status of matter. Confer with assoc atty re status of matter. | H.B.H. | .20 | $80.00 |
| 5/10/2019 | Draft affidavit for joint motion and settlement agreement (0.1); prepare and finalize settlement documents for filing (0.7). | J.L. | .80 | $164.00 |
| 5/10/2019 | Draft fee affidavit; confer with assoc atty (J Liew re Motion for Approval). Prepare billing record materials. | H.B.H. | .80 | $320.00 |
| SUBTOTAL: | | | 195.70 | $47,860.50 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 3/26/2018 | Filing Fee | $400.00 |
| 5/10/2018 | Process Service (Beach Process Service) | $240.00 |
| 9/7/2018 | Postage - Class Mailing | $213.00 |
| 5/10/2019 | Copy Charges (2,077 @ .25/copy) | $519.25 |
| SUBTOTAL: | | $1,372.25 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 5/10/2019 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $49,232.75

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $49,232.75