PLAINTIFF'S
EXHIBIT
5

### IN THE U.S. DISTRICT COURT OF MARYLAND
### FOR DISTRICT OF MARYLAND

**Amber Carney**                                          *

*On behalf of herself and*
*others similarly situated*                               *

**Plaintiffs**                                            *

v.                                                        *          Case No. 1:18-cv-00874 RDB

**Sunset Grille, LLC, et al**                             *

**Defendants**                                            *

## CONSENT TO BE A PARTY PLAINTIFF IN COLLECTIVE ACTION LAWSUIT AGAINST SUNSET GRILLE, LLC AND INDIVIDUAL DEFENDANTS UNDER THE FAIR LABOR STANDARDS ACT

1.      I, *courtney cwisher*, hereby consent and agree to pursue claims arising out of my employment with Sunset Grille, LLC in connection with the above referenced lawsuit. I worked as a restaurant server for Sunset Grille, LLC within the last three years.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA"). I hereby consent, agree and opt-in to become a Plaintiff in this case and be bound to any judgment by the Court or any settlement of this case. This consent extends to FLSA claims against individual owners and management officials of Sunset Grille, LLC.

3.      I hereby designate attorney Howard Hoffman (Bar No. 25965), 600 Jefferson Plaza, Suite 304, Rockville, Maryland 20852, (301) 251-3752, hhoffman@hoholaw.com, and any other attorneys that he may designate co-counsel in the representation of this matter, to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representatives to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

_____
(Signature)

11/20/2018
(Date Signed)

Print Name:   courtney swisher

Address:   17 Spring Head ct. Apt. C
Number/Street

Cockeysville, MD 21030
City / State / Zip

Phone Number:   443.974.8786

Email:   clswisher5@gmail.com

**NOTE**

**Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

Page 2 of 2